# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8721 FFM | Date | November 14, 2014 |
|---|---|---|---|
| Title | SONIA MOREIRA v. TARGET CORPORATION, and DOES 1 to 50 | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| J. Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE RE UNTIMELY REMOVAL**

     Defendant is ordered to show cause in writing no later than Monday, December 1, why this action should not be remanded to state court on the ground that removal was untimely. In particular, defendant must address whether the 30-day period in which to file a notice of removal was triggered by plaintiff's state court complaint, filed in June 2014, and plaintiff's Damages Statement, served by mail on defendant on September 25, 2014. *See* 28 U.S.C. 1446(b)(1).

     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in remand of the action to state court.

                                                                                                   :

                                       Initials of Preparer                  JM