**SNYDER LAW, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California  93117
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
sburnett@snyderlaw.com
jfarley@snyderlaw.com

JS-6

Attorneys for Defendant TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SONIA MOREIRA, | Case No. 2:14-cv-08721-FFM |
| Plaintiff, | [Los Angeles County Superior Court Case No. BC549168] |
| v. | |
| TARGET CORPORATION, and DOES 1 to 50 | **[PROPOSED] ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT** |
| Defendants. | [Filed concurrently with Stipulation] |

Good cause appearing therefor, the Court orders as follows:

1.  This matter shall be immediately remanded to the Los Angeles County Superior Court, where the parties to the Stipulation have agreed that plaintiff, SONIA MOREIRA, will not recover more than $74,999.00.

2.  All pending deadlines and hearings in this Court are vacated.

IT IS SO ORDERED.

Dated: _January 22, 2015

*Christina A. Snyder*
JUDGE OF THE DISTRICT COURT